# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3600
L.T. Case No. 2023-SC-000158

_____

LANA ANN TURNER-REED,

Appellant,

v.

LANA T. REED, TYRONE HARRIS,
AND MICHELLE G. FANCHER,

Appellees.

_____


On appeal from the County Court for Duval County,
Scott F. Mitchell, Judge.

Lana Ann Turner-Reed, Jacksonville, pro se.

No Appearance for Appellees.

August 20, 2024

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., and LAMBERT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____